UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNIE GONZALEZ,

                    Petitioner,

        -v-

UNITED STATES OF AMERICA,

                    Respondent.

No. 11-cr-487-3 (RJS)

No. 16-cv-4184 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Petitioner requesting a stay of his habeas petition pending the resolution of *United States v. Taylor*, No. 20-1459 before the Supreme Court. (Criminal Doc. No. 171; Civil Doc. No. 71.)  The government does not oppose that request. (Civil Doc. No. 73.)

Because the Court finds that *Taylor* is likely to bear on the disposition of this case, IT IS HEREBY ORDERED THAT the petition is stayed pending the Supreme Court's decision in *Taylor*.  IT IS FURTHER ORDERED THAT the parties shall submit a joint letter addressing the status of *Taylor* and the continuing need for a stay by July 1, 2021 or within 48 hours of the issuance of a decision by the Supreme Court in *Taylor*, whichever is earlier.

SO ORDERED.

Dated:      June 8, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting By Designation