UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>GREGORY REED, JOHN JOHNSON, RONNIE GONZALEZ,<br><br>                            Defendants. | No. 11-cr-487 (RJS) |
| JOHN JOHNSON,<br>                          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                          Respondent. | No. 15-cv-3956 (RJS) |
| RONNIE GONZALEZ,<br>                          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                          Respondent. | No. 16-cv-4184 (RJS)<br><br><br><br><br><br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

On June 21, 2022, the Supreme Court issued its decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022), holding that attempted Hobbs Act robbery in violation of 18 U.S.C. § 1951(c) does not qualify as a "crime of violence" under 18 U.S.C. § 924(c)(3)(B).

In light of the Supreme Court's decision in *Taylor*, IT IS HEREBY ORDERED THAT the stay of Defendants' 28 U.S.C. § 2255 petitions is lifted.  IT IS FURTHER ORDERED

THAT, by July 26, 2022, the parties shall submit a joint letter proposing next steps and/or a briefing schedule in connection with Defendants' pending 28 U.S.C. § 2255 petitions.

SO ORDERED.

Dated:	July 19, 2022
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation