UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

**United States of America,**          :          **NOTICE OF APPEARANCE**
                                                  **AND REQUEST FOR**
                                        :         **ELECTRONIC NOTIFICATION**

    - v -
                                        :         11 Cr.00487(RJS)

Ronnie Gonzalez,   Defendant.           :

----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully Submitted,

                              **/s/Michael Arthus**
                              Assistant Federal Defender
                              Federal Defenders Of New York
                              52 Duane Street
                              New York, NY 10007
                              **Michael_Arthus@fd.org**

To:   Attorneys of Record