UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

RONNIE GONZALEZ,

                Defendant.

No. 11-cr-487-3 (RJS)

RONNIE GONZALEZ,

              Movant,

   -v-

UNITED STATES OF AMERICA,

             Respondent.

No. 26-cv-2068 (RJS)

ORDER TO ANSWER, 28 U.S.C. § 2255

RICHARD J. SULLIVAN, United States Circuit Judge:

Now before the Court is a motion from Defendant Ronnie Gonzalez for relief pursuant to 28 U.S.C. § 2255.  (Doc. No. 1.)[1]  Having concluded that the motion brought should not be summarily dismissed as being without merit, the Court hereby ORDERS that:  (1) the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued; (2) within sixty days of the date of this order, the government shall file an answer or other pleadings in response to the motion; and (3) within thirty days from the date on which Gonzalez is served with the government's answer,

---

[1] Unless otherwise noted, all references to the record are to docket entries for case number 11-cr-0487-3 (RJS).

he shall file a reply to the government's responsive submission.  Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and shall be docketed in the criminal case.

SO ORDERED.

Dated:        April 1, 2026
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
SITTING BY DESIGNATION

2